IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No   CR-00-0398 VRW |
|     Plaintiff, | ORDER |
|     v | |
| ATHELUALDO LOPEZ ORTEGA, | |
|     Defendant. / | |

On May 1, 2002, defendant filed a motion to withdraw his guilty plea in this case pursuant to FRCrP 32(e).  Doc ##45-46.  On May 28, 2002, a status conference was held in which the court suggested that defendant undergo another competency evaluation before the court proceeded on his motion to withdraw the guilty plea.  Defendant's counsel, Christopher J Cannon, was to provide the court with a proposed list of names of psychiatrists who would perform the evaluation.  Doc #49.  The record does not indicate that any such list was ever submitted to the court.

//
//
//

        **Because there has been no activity in this case since 2002, the court ORDERS Cannon to file a report no later than May 23, 2006, explaining the status of this case.**

        **IT IS SO ORDERED.**

                                            **VAUGHN R WALKER**
                                            **United States District Chief Judge**