IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                No   CR-00-0398 VRW

      Plaintiff,                         ORDER

      v

ATHELUALDO LOPEZ ORTEGA,

      Defendant.

_____/

      Upon further reflection, the court realizes that defendant's right of allocution was not observed during the hearing on March 27, 2007.  See FRCrP 32 (i)(4)(A)(ii).  Although this formality may not be material in the present case, the court should nonetheless afford defendant the opportunity to speak on his behalf and address the provisions in the government's proposed order before imposing a sentence.  The court will be set the matter for hearing on the earliest date available to counsel and the defendant.

      IT IS SO ORDERED.

_____

VAUGHN R WALKER

United States District Chief Judge