1  CHRISTOPHER J. CANNON, State Bar No. 88034
   Sugarman & Cannon
2  44 Montgomery Street
   Suite 2080
3  San Francisco, CA 94104
4  Telephone: 415-362-6252
   Facsimile: 415-677-9445
5
6  Attorney for Defendant LOPEZ-ORTEGA

**FILED**

AUG 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-00-398-VRW |
|---|---|
| Plaintiff-Appellee | ) |
| v. | ) JOINT MOTION FOR DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| ATHELUALDO LOPEZ-ORTEGA, | ) |
| Defendant-Appellant. | ) |

The defendant filed an appeal challenging his conviction and sentence. The parties agree that the defendant's conviction and sentence in this case should be vacated, and the Ninth Circuit has entered an order vacating the conviction and sentence in this case and remanding this case to this Court for the purpose of allowing the government to move to dismiss the indictment with prejudice in the district court. The parties hereby jointly move to dismiss the indictment in this case with prejudice.

///

JOINT MOTION FOR DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
1 of 2

Respectfully submitted this 12th day of August, 2008.

_____  
BARBARA J. VALLIERE  
Assistant United States Attorney  
Chief Appellate Section  
450 Golden Gate Ave.  
San Francisco, CA 94102  
415-436-7039  
Attorney for Plaintiff-Appellee

_____  
CHRISTOPHER J. CANNON  
Sugarman & Cannon  
44 Montgomery Street  
Suite 2080  
San Francisco, CA 94104  
415-362-6252  
Attorney for Defendant-Appellant

BASED UPON THE ORDER OF THE NINTH CIRCUIT AND THE JOINT MOTION OF THE PARTIES:

The indictment in this case is hereby dismissed with prejudice.

DATED: 18 AUG 2008

_____  
The Hon. Vaughn R. Walker  
United States District Court Judge

JOINT MOTION FOR DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

2 of 2